

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00329-CV

**IN RE** Kimberly **FORD** and The Kford Group

Original Proceeding[1]

PER CURIAM

Sitting:         Irene Rios, Justice
                  Adrian A. Spears II, Justice
                  Velia J. Meza, Justice

Delivered and Filed: June 11, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus on May 22, 2025, requesting this court vacate the respondent's order on requests by rule 172 auditor of auditor fees and associated denial of relator's motion to vacate and/or reconsider. This court has reviewed the arguments of relator, the facts presented, and the applicable law and determined that she is not entitled to the mandamus relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 12-298, styled *John J. Parker, et al v. Michael Shalit, et al*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.